UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JACKSON, | No. C 10-472 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. / | |

This action is dismissed without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application and for failure to exhaust state court remedies.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 1, 2010

_____
SUSAN ILLSTON
United States District Judge